[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-13009
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 5, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-80094-CR-WJZ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARIEL RODRIGUEZ-GUTIERREZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(March 5, 2008)**

Before ANDERSON, HULL and FAY, Circuit Judges.

PER CURIAM:

Nathan Clark, appointed counsel for Ariel Rodriguez-Gutierrez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rodriguez-Gutierrez's conviction and sentence are **AFFIRMED**.